**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BIDUAI NAPOLEON HERRERA ANGEL,

Petitioner,

v. No. 2:26-cv-02736-KG-KRS

MARKWAYNE MULLIN, et al.,

Respondents.

**ORDER TO ANSWER**

Petitioner Biduai Napoleon Herrera Angel filed a Motion to Reopen Case, Inform the Court of Post-Order Events, and for Further Relief, Doc. 10, on November 4, 2026. Petitioner asserts that Respondents removed him to Guatemala on October 10, 2026, one day after this Court ordered his release. Doc. 10 at 1–2. Petitioner asks the Court to reopen this matter "for the limited purpose of considering this motion and compliance with the October 9, 2026 Order." *Id.* at 4. Petitioner also requests that the Court "[d]irect Respondents to account for and, if still in their possession or control, return Petitioner's property and identification documents, or explain their disposition." *Id.*

IT IS THEREFORE ORDERED that the Government shall file a response by 5:00 p.m. on November 10, 2026. Petitioner's reply, if any, shall be filed within five (5) business days after the Government's response is filed. The Clerk of the Court is directed to mail a copy of this Order to Petitioner at: 3702 Mil Lake Cir., Greenacres, FL 33463-8713. *See* Doc. 10 at 3.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE


- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.